UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WIESLAW KROTOSYZYNSKI,

                Petitioner,

    -against-

SUPERINTENDENT, LACKAWANNA COUNTY PRISON,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
08-CV- 0890 (JG)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 11 2008 ★

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on March 6, 2008, dismissing petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 for lack of jurisdiction; vacating the Court's prior Order dated March 3, 2008, directing a response to the petition; and ordering that a Certificate of Appealability shall not issue; it is

    ORDERED and ADJUDGED that petitioner take nothing of the respondent; that petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is dismissed for lack of jurisdiction; that the Court's prior Order dated March 3, 2008, directing a response to the petition is vacated; and that a Certificate of Appealability shall not issue.


Dated: Brooklyn, New York
        March 10, 2008

s/Robert C. Heinemann
_____
ROBERT C. HEINEMANN
Clerk of Court